

**SO ORDERED,**

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: June 8, 2021

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 13 NO.:

MARILYN S. WASHINGTON  20 – 02616 – NPO

O R D E R

THIS CAUSE was set for hearing on June 7, 2021 on the Trustee's Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges [DK #26] filed herein by U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust ["doc" under Claim No. 2-1]; and after notice and opportunity for hearing and the Court being fully advised in the premises does hereby find and Order as follows:

THAT, the Trustee's Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges is hereby granted.

THAT, the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed herein by U.S. Bank Trust National Association, a Trustee of the Lodge Series III Trust is hereby reduced to a total of $350.00.

##END OF ORDER##

SUBMITTED BY:

JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM